```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 22700
   FELECIA BILLUPS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-4279


--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/15/04 and confirmed on 10/01/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  35336.88 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------
CITIBANK NA                CURRENT MORTG         .00           .00           .00
AAC                        UNSECURED       NOT FILED           .00           .00
MONTEREY FINANCIAL SVCS    UNSECURED          258.00           .00        180.60
ASPEN RIDGE APT            UNSECURED       NOT FILED           .00           .00
CAPITAL ONE FINANCIAL      FILED LATE           .00            .00           .00
FIRST NATIONAL CREDIT CA   UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED           .00           .00
FORD MOTOR CREDIT          UNSECURED         3004.28           .00       2103.00
RESURGENT CAPITAL SERVIC   UNSECURED          207.34           .00        145.14
NUVELL CREDIT COMPANY LL   UNSECURED         5152.23           .00       3606.56
CURTISS EMPLOYEES FEDERA   SECURED          18620.00       1958.51      18620.00
CURTISS EMPLOYEES FEDERA   UNSECURED         5450.49           .00       3815.34
ASSET ACCEPTANCE CORP      UNSECURED          346.07           .00        242.25
          Summary of disbursements:
--------------------------------------------------------------------
                  SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED  18620.00       .00      14418.41         .00      33038.41
PRINCIPAL PAID      18620.00       .00      10092.89         .00      28712.89
INTEREST PAID        1958.51       .00          .00          .00       1958.51
TOTAL PAID          20578.51       .00      10092.89         .00      30671.40
The Debtor's attorney, MELVIN J KAPLAN                , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   1550.53 .

Refunds to the Debtor totaled $    414.95 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/09/09                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```